IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ANTHONY WALKER, #199 535, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | CASE NO.  2:12cv-269-WHA |
| ) | |
| WARDEN LOUIS BOYD, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #13), and after a full review of the file in this case, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction.

DONE this 27th day of March, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE